Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN M. CORDELL,** | Civil No. CV 05-6055-TC |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| **JO ANNE B. BARNHART,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $5964.48 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of ~~May~~ JUNE 6, 2006

_____
U.S. ~~District~~ Judge
Magistrate

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER