IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN M. CORDELL,

        Plaintiff,

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security
Adminsitration,

        Defendant.

Civil No. 05-6055-TC

ORDER

COFFIN, Magistrate Judge:

    Plaintiff's unopposed Motion (#19) for Order Approving Attorney Fees is allowed. $14, 462 is the full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund the earlier awarded EAJA fee to plaintiff in the amount of $5,964.48. There are no other costs.

DATED this ___ day of December, 2006.

THOMAS M. COFFIN
United States Magistrate Judge